# United States Court of Appeals
## For the First Circuit

No. 24-1467

UNITED STATES,

Appellee,

v.

ERIC ROBERT JOHNSON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court, issued on July 7, 2026, is amended as follows:

On page 7, last line, replace "Investigations" with "Investigation".

On page 9, last line, (1) replace "are" with "by" and (2) strike "that" -- the sentence should read "through transmissions by a "dint of its operation," id. at 315, allows Freenet to perform its functions."